THE ASSOCIATED MASTER PLUMBERS OF ROCHESTER, Appellant, *v.* WARNOCK & ZAHRNDT, INC., et al., Respondents.

(Argued March 7, 1933; decided April 11, 1933.)

*J. Emmett O'Brien* for appellant.

*Merle Lewis Sheffer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS and CROUCH, JJ.